# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILOMENA G. MCGEE, | Case No. 2:23-cv-00072-TLN-JDP (PS) |
| Plaintiff, | RECUSAL ORDER |
| v. | |
| JUDGE KENDALL J. NEWMAN, *et al.*, | |
| Defendants. | |

I hereby recuse myself from this action under 28 U.S.C. § 455(b)(5)(i) and direct the Clerk of Court to refer this case to another magistrate judge.

IT IS SO ORDERED.

Dated:    January 23, 2023                                                                         
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE