UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILOMENA G. MCGEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KENDALL J. NEWMAN,<br><br>Defendant. | No. 2:23-cv-00072-TLN-CKD<br><br>**ORDER** |

Plaintiffs are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 27, 2023, the magistrate judge filed findings and recommendations herein which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs subsequently filed various documents which the Court construes as objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 27, 2023 findings and recommendations (ECF No. 7) are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted; and
3. The Clerk of Court is directed to close this case.

**DATE:  June 1, 2023**

Troy L. Nunley
United States District Judge